IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAWN EVANS, | § | |
| | § | |
| Plaintiff Below, Appellant, | § | No. 208, 2023 |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| AVANDE, INC., | § | |
| | § | C.A. No. 2018-0454 |
| Defendant Below, Appellee. | § | |

Submitted:    January 24, 2024
Decided:      February 7, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 7th day of February 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated June 9, 2022, Transcript Ruling dated April, 19, 2023, and the Final Order and Judgment dated May 18, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice